## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re Maryellen Papelian,        )
                                 )           Case No. 16-41626-CJP
                                 )           Chapter 13
         Debtor                  )
                                 )

## DEFICIENCY NOTICE RE: APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Court is unable to process your *Application for Payment of Unclaimed Funds* without additional information. Please submit the additional items checked below to the Finance Department **within 30 days of the date of this Notice:**

Finance Department
United States Bankruptcy Court
John. W. McCormack Post Office & Court House
5 Post Office Square, Suite 1150
Boston, MA 02109-3945

If the requested documents are not received within 30 days from the date of this notice, the Court will consider your application to be deficient and will cease any further processing.

[X]    Please provide a completed current IRS W-9 Form to the Court for both the Claimant and the debtor. This form is available on the Court's website www.mab.uscourts.gov.

If you have any questions, please do not hesitate to contact the Finance Department at 617-748-6610 or the deputy clerk at the number listed below.

Dated: February 5, 2020                    By the Court,

                                           Deputy Clerk
                                           Telephone # 617-748-6607